# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KEITH M. RAGANS,

    Petitioner,

vs.                                           Case No. 4:11cv634-WS/WCS

WARDEN DOUGLAS,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

    Petitioner filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 with supporting exhibits, doc. 1, and paid the filing fee.

    Petitioner is currently incarcerated at Jefferson Correctional Institution, and challenges the judgment entered by the Circuit Court in Hillsborough County, Florida. Jurisdiction is appropriate in this district and the Middle District of Florida, as the districts of confinement and conviction, respectively. 28 U.S.C. § 2241(d).

The district of conviction is the most convenient and appropriate venue, and the petition should be transferred to the Middle District of Florida. § 2241(d). *See also*, Parker v. Singletary, 974 F.2d 1562, 1582 and nn. 114 and 118 (11th Cir. 1992) (finding transfer "in furtherance of justice" under § 2241(d), citations omitted); Eagle v. Linahan, 279 F.3d 926, 933, n. 9 (11th Cir. 2001) (noting that the practice in district courts in Georgia was to transfer petitions to the district of conviction under § 2241(d)).

It is therefore respectfully **RECOMMENDED** that the case file, along with any service copies of doc. 1, be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida on December 28, 2011.

S/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:11cv634-WS/WCS