IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEITH M. RAGANS,

        Petitioner,

v.                                         4:11cv634-WS

WARDEN DOUGLAS,

        Respondents.

_____

## ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation docketed December 28, 2011.  See Doc. 3.  The magistrate judge recommends that this action be transferred to the Middle District of Florida.  The plaintiff has not responded to the report and recommendation.

The court having reviewed the matter, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 3) is adopted and incorporated by reference in this order of the court.

2.  The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Tampa Division, for all further proceedings.

DONE AND ORDERED this   27th   day of    January  , 2012.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE